ELECTRONICALLY FILED
2025 Feb 05 3:59 PM - 21CV-108
Williamson County Circuit Court

# IN THE CIRCUIT COURT FOR WILLIAMSON COUNTY, TENNESSEE

## AT FRANKLIN

|  |  |  |
|---|---|---|
| STATE OF TENNESSEE ex. rel. | ) | |
| CARLA D. GIFFORD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 21CV-108 |
| DANIEL S. GREENBURG, | ) | |
| Defendant. | ) | |

## ORDER

This matter came before the Court on January 29, 2025, upon Mr. Greenburg's Petition for Modification filed on November 5, 2024 and his Supplemental Motion filed on January 9, 2025. The Court finds as follows:

Mr. Greenburg's Petition for Modification and his Supplemental Motion were set to be heard on the Court's January 29, 2025 Child Support Motion Docket. Mr. Greenburg requested permission to appear via Zoom because he resides in Florida. Pursuant to Tennessee Supreme Court Rule (T.R.C.P.) 55, the Court granted his request.

On January 29, 2025, Mr. Greenburg appeared via Zoom. He interrupted the beginning of the Court's docket with questions. While this was a slight interruption, Mr. Greenburg was respectful, and the Court answered his questions. However later, during the hearing of a completely unrelated case and while the Court was announcing its ruling in the unrelated case, Mr. Greenburg felt compelled to interfere with and interrupt the

proceedings by holding up note cards to his computer's camera, which displayed the following words and phrases: "Calls for speculation," "Hearsay," and "Your honor."

At first, the Court did not notice Mr. Greenburg doing this, but became aware of his actions by the disruption he caused in the gallery. Several attorneys and litigants appeared to the Court to be confused, to a degree in which the Court became aware that there must have been some form of disruption in the Courtroom. The Court then saw Mr. Greenburg holding up some kind of sign to his computer camera and then he quickly removed it from his camera's field of view. The Court paused its ruling in the other unrelated case and asked him what he was showing. Mr. Greenburg attempted to mislead the Court by holding up his case notes, instead of the note cards that he had previously shown on his camera and to the people sitting in the Courtroom gallery.

As a result, it is **HEREBY ORDERED, ADJUDGED, AND DECREED THAT:** Mr. Greenburg has lost his privilege to participate via Zoom in the 21st Judicial District of Tennessee and Mr. Greenburg **SHALL** appear **in person** for any future Court proceedings in the 21st Judicial District of Tennessee.

The Court originally reset Mr. Greenburg's hearing to May 28, 2025; however, the Court is no longer available on that date. Therefore, the Court resets this matter to **May 27, 2025 at 9:00 a.m.**

ENTERED this _5th_ day of _February_____, 2025.

_____
**DEANA C. HOOD**
**Circuit Judge and Chancellor**
**21st Judicial District, Div. II**

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was mailed, postage prepaid, faxed or emailed to:

Kevin F. Demar
144 Southeast Parkway, Suite 205
Franklin, Tennessee 37064
kevin.demar@tn.gov
Attorney for the State of Tennessee

Daniel S. Greenberg
6975 Peters Lane
Delray Beach, FL 33446
dsgreenberg2020@gmail.com
(615) 429-8947
Respondent, *Pro se*

Ms. Daphne A. Davis
Senior Associate General Counsel
Dept. of Human Services
James K. Polk Bldg., 14th Floor
505 Deaderick Street
Nashville, TN 37243
daphne.a.davidson@tn.gov

This _____5_____ day of ____February____, 2025.

_____
**Clerk**

Case 3:24-cv-01430     Document 16-32     Filed 02/10/25     Page 3 of 3 PageID #: 848