# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **DANIEL S. GREENBERG,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:24-cv-01430** |
| | ) | |
| **JUDGE ANNE C. MARTIN, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 23) recommending that the Court deny Plaintiff Daniel S. Greenberg's ("Greenberg") Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 16). Greenberg has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 23 at 16).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) Greenberg is not likely to succeed on the merits, given the GAL appointment was likely appropriate; (2) Greenberg is the cause of any irreparable harm that he asserts here, given his past failures to comply with court orders and his own deceptive behavior caused his losses; and (3) granting Greenberg the injunctive relief he seeks would substantially harm various individuals, including his ex-wife and inhabitants at the properties Greenberg seeks interest in. (See id. at 12–15).

Accordingly, the R&R (Doc. No. 23) is **APPROVED AND ADOPTED**, and Greenberg's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 16) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE